Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | No. 2:19-cv-00138-RSM<br><br>STIPULATED MOTION AND ORDER REGARDING INITIAL DISCLOSURES |

**STIPULATED MOTION**

The parties jointly request that the deadline for exchanging initial disclosures be extended two weeks, to March 26, 2019.

DATED: March 5, 2019

| | |
|---|---|
| MACMILLAN, SCHOLZ & MARKS, P.C.<br>Attorneys for Philadelphia Indemnity Insurance Company<br><br>By: /s/ John R. MacMillan<br>   John R. MacMillan, WSBA No. 27912<br>   MacMillan, Scholz & Marks, P.C.<br>   900 SW Fifth Ave, Suite 1800<br>   Portland, OR 97204<br>   (503) 224-2165<br>   jmacmillan@msmlegal.com | SEAMARK LAW GROUP PLLC<br>Attorneys for HP Inc.<br><br>By: *s/Geoff Grindeland*<br>   Geoff Grindeland, WSBA No. 35798<br>   Seamark Law Group PLLC<br>   400 Winslow Way E, Ste 230<br>   Bainbridge Island, WA 98110<br>   (206) 502-2510<br>   geoff@seamarklaw.com |

## ORDER

Based on the foregoing, the deadline for exchanging initial disclosures is extended two weeks, to March 26, 2019.

IT IS SO ORDERED.

DATED: March 5, 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE