Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | No. 2:19-cv-00138-RSM<br><br>STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEYS |

## STIPULATION

Kenneth M. Roessler of Mix Sanders Thompson, PLLC has now appeared on behalf of HP Inc., which is referred to as Hewlett-Packard Company in the Complaint and caption. (*See* Dkt. 17.) Christopher Betke of Coughlin & Betke also continues to represent HP Inc. as co-counsel, admitted *pro hac vice*. (*See* Dkt. 16.)

In accordance with the Court's April 30, 2019, Order admitting Mr. Betke *pro hac vice*, (Dkt. 16), Mr. Roessler agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event Mr. Betke is unable to be present on any date scheduled by the Court.

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS
(No. 2:19-cv-11138-RSM) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

| | |
|---|---|
| 1 | Pursuant to LCR 83.2(b)(1), therefore, the parties stipulate to and jointly request |
| 2 | that Geoff Grindeland, Nikki Carsley, and Greg Simpson of Seamark Law Group PLLC |
| 3 | be granted leave to withdraw as co-counsel for HP Inc. and that the Court enter the |
| 4 | order proposed below. |
| 5 | DATED: July 22, 2019 |

| MIX SANDERS THOMPSON, PLLC<br>Attorneys for HP Inc. | SEAMARK LAW GROUP PLLC<br>Attorneys for HP Inc. |
|---|---|
| By: *s/Kenneth M. Roessler*<br>    Kenneth M. Roessler<br>    WSBA No. 31886<br>    MIX SANDERS THOMPSON, PLLC<br>    1420 Fifth Avenue, Ste. 2200<br>    Seattle, WA 98101<br>    (206) 521-5989<br>    ken@mixsanders.com | By: *s/Geoff Grindeland*<br>    *s/Nikki Carsley*<br>    *s/Greg Simpson*<br>    Geoff Grindeland, WSBA No. 35798<br>    Nikki Carsley, WSBA No. 46650<br>    Greg Simpson, WSBA No. 54209<br>    Seamark Law Group PLLC<br>    400 Winslow Way E, Ste 230<br>    Bainbridge Island, WA 98110<br>    (206) 502-2510<br>    geoff@seamarklaw.com<br>    nikki@seamarklaw.com<br>    greg@seamarklaw.com |

MACMILLAN SCHOLZ & MARKS PC
Attorneys for Philadelphia Indemnity
Insurance Company, a Pennsylvania
corporation, as subrogee of DH&G, LLC

By: *s/John R. MacMillan*
    John R. MacMillan, WSBA No. 27912
    MacMillan Scholz & Marks PC
    900 SW 5th Ave, Ste 1800
    Portland, OR 97204
    (503) 224-2165
    jmacmillan@msmlegal.com

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS
(No. 2:19-cv-11138-RSM) - 2

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

**ORDER**

Based on the foregoing, Geoff Grindeland, Nikki Carsley, and Greg Simpson of Seamark Law Group PLLC are granted leave to withdraw as co-counsel for HP Inc. They are no longer counsel of record in this matter.

HP Inc. continues to be represented by Kenneth M. Roessler of Mix Sanders Thompson, PLLC and Christopher Betke of Coughlin & Betke.

Pursuant to the April 30, 2019, Order admitting Mr. Betke *pro hac vice*, (Dkt. 16), Mr. Roessler shall sign all filings and to be prepared to handle the matter, including the trial thereof, in the event Mr. Betke is unable to be present on any date scheduled by the Court.

DATED: July 22, 2019

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS
(No. 2:19-cv-11138-RSM) - 3

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510