John R. MacMillan, WSB #27912
MacMillan Scholz & Marks
900 SW Fifth Ave., #1800
Portland, OR 97204
T: (503) 224-2165
F: (503) 224-0348
E: jmacmillan@msmlegal.com
*Of Attorneys for Plaintiff*

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No.: 2:19-cv-00138-RSM<br><br>ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER, AND TO EXTEND PRETRIAL DEADLINES AND TRIAL |
|---|---|

THE COURT having reviewed plaintiff's Unopposed Motion to Modify the Court's Order Setting Trial Date and Related Dates and the supporting declaration of John R. MacMillan, plaintiff's it is ordered that the Case Management and Scheduling Order is revised as follows:

| EVENT | DEADLINE |
|---|---|
| a. Disclosure of expert testimony under FRCP (26(a)(2) | April 3, 2020 |
| b. Filing of discovery motions | May 5, 2020 |
| c. Completion of discovery | June 12, 2020 |
| d. Filing of dispositive motions | July 9, 2020 |

1 – ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER, AND TO EXTEND PRETRIAL DEADLINES AND TRIAL

| | | |
|---|---|---|
| e. | Mediation per LCR 39.1(c)(3), if requested by the parties | August 7, 2020 |
| f. | Filing/noting of motions in limine | August 28, 2020 |
| g. | Agreed pretrial order | September 23, 2020 |
| h. | Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits | September 30, 2020 |
| i. | Trial (twelve days) | October 5, 2020 |

DATED: _October 19, 2019

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

_____

2 – ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER, AND TO EXTEND PRETRIAL DEADLINES AND TRIAL