UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | CASE NO. C19-138RSM<br><br>ORDER |

The parties' Joint Motion to Modify Case Schedule (Dkt #22) is GRANTED. The Clerk is directed to issue a revised scheduling order.

DATED this 1st day of April, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE