UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PHILADELPHIA INDEMNITY )
INSURANCE COMPANY, a Pennsylvania )
corporation, as subrogee of DH&G, LLC, ) Case No.: 2:19-cv-00138-RSM
 )
               Plaintiff, )
 )
   v. ) ORDER ON JOINT MOTION TO MODIFY
 ) CASE MANAGEMENT
HEWLETT-PACKARD COMPANY, ) AND SCHEDULING ORDER, AND TO
 ) EXTEND PRETRIAL DEADLINES
               Defendant. )

THE COURT having reviewed the Parties' Joint Motion to Modify Case Management and Scheduling Order, and to Extend Pretrial Deadlines, it is ordered that the Case Management and Scheduling Order is revised as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure | October 7, 2020 | **February 7, 2021** |
| Filing of Discovery Motions | November 6, 2020 | **March 6, 2021** |
| Discovery Completed | December 7, 2020 | **April 7, 2021** |
| Filing of Dispositive Motions | January 5, 2021 | **May 5, 2021** |
| Motions in Limine | March 24, 2021 | **July 24, 2021** |
| Pretrial Conference | -- | |
| Trial Briefs, proposed voir dire questions, jury instructions, statement of the case, trial exhibits | March 31, 2021 | **July 31, 2021** |
| Jury Trial Date | April 5, 2021 | **September 7, 2021** |

DATED:  October 22, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE