**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendants. | No. 2:19-cv-00138-RSM <br><br> **MODIFIED ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND PRETRIAL DEADLINES** |

THIS MATTER having come on regularly before the above-captioned Court upon the Joint Motion to Modify Case Management and Scheduling Order and Extend Pretrial Deadlines and the Court having considered the Parties' Stipulated Motion, the Court finds that good cause exists to continue the trial date and all *unexpired* deadlines.[1]  However, the Court modifies the

---

[1] The Court's prior order set the deadline for expert disclosure for February 7, 2021. Dkt. #26. The parties do not attempt to justify their failure to seek an extension of that deadline before expiration.  *See* FED. R. CIV. P. 6(b)(1)(B) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time: . . . on motion made after the time has expired if the party failed to act because of excusable neglect.").  Accordingly, the Court does not reset the deadline for expert disclosure.

Order – 1

proposed deadline for motions in limine and adds a deadline for submission of a proposed pretrial order.

Accordingly, the Court finds and ORDERS that the Joint Motion to Modify Case Management and Scheduling Order and Extend Pretrial Deadlines (Dkt. #27) is GRANTED. The Court sets the following trial date and pretrial deadlines:

| Event | Current Date | Revised Date |
| --- | --- | --- |
| Filing of Discovery Motions | March 6, 2021 | **September 7, 2021** |
| Discovery Completed | April 7, 2021 | **October 7, 2021** |
| Filing of Dispositive Motions | May 5, 2021 | **November 5, 2021** |
| Motions in Limine | July 24, 2021 | **January 10, 2022** |
| Proposed Pretrial Order | -- | **January 26, 2022** |
| Pretrial Conference | To Be Scheduled | **To Be Scheduled** |
| Trial Briefs, Proposed Voir Dire Questions, Jury Instructions, Statement of the Case, and Trial Exhibits | July 31, 2021 | **January 31, 2022** |
| Jury Trial Date | September 5, 2021 | **February 7, 2022** |

Dated this 3rd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order – 2