The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendants. | No. 2:19-cv-00138-RSM <br><br> **JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST** <br><br> **NOTED FOR CONSIDERATION:** <br> **November 2, 2021** |

### I.  RELIEF REQUESTED

Defendant Hewlett-Packard Company ("HP") and Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") jointly move this Court to extend the current Scheduling Order to continue the deadline for dispositive motions to permit the parties to attend a mediation first. In support of this Motion, the Parties state as follows:

### II.  RELEVANT FACTS

This case arises out of a fire at an apartment complex in Everett, Washington. Philadelphia alleges the fire was caused by a malfunctioning lithium ion battery in a laptop computer manufactured by HP, and claims damages totaling over $5.6 million. HP denies liability.

JOINT MOTION TO MODIFY CASE MANAGEMENT AND
SCHEDULING ORDER AND EXTEND TIME FOR FILING
DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST
No. 2:19-cv-00138-RSM– 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

### III. ARGUMENT

HP and Philadelphia are both sophisticated commercial enterprises and are represented by experienced counsel. Neither Party will be prejudiced by this extension and have jointly agreed to the proposed extension of deadlines and dates set forth above. The parties jointly agree that under the current circumstances, they would like to avoid the expense of motion practice and trial preparation in an effort to try and resolve the case.  The parties plan to schedule a mediation within the next sixty (60) days.

### IV. CONCLUSION

In light of the above, the Parties jointly request that this motion be allowed, and that this Honorable Court amend the Scheduling Order deadlines as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Filing Dispositive Motions | November 5, 2021 | January 20, 2021 |
| Motions in Limine | January 24, 2022 | March 24, 2022 |
| Pretrial Conference | -- | TBD |
| Trial Briefs, proposed voir dire questions, jury instructions, statement of the case, trial exhibits | January 31, 2021 | March 31, 2022 |
| Jury Trial Date | February 7, 2022 | May 2, 2022[1] |

WHEREFORE, the Parties jointly request that this motion be allowed, and that this Honorable Court amend the Scheduling Order deadlines as set forth above.

### V. PROPOSED ORDER

A proposed order granting this Motion is attached.

---

[1] Parties seek May 2, 2022 or a date thereafter convenient for the Court.

JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST
No. 2:19-cv-00138-RSM– 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

Dated this 29th day of October, 2021

| MIX SANDERS THOMPSON, PLLC | MACMILLAN SCHOLZ & MARKS |
|---|---|
| *s/Kenneth M. Roessler* | */s/ John R. MacMillan* |
| Kenneth M. Roessler, WSBA No. 31886 | John R. MacMillan, WSB#27912 |
| MIX SANDERS THOMPSON, PLLC | MacMillan Scholz & Marks |
| 1420 Fifth Avenue, Ste. 2200 | 900 SW Fifth Ave. #1800 |
| Seattle, WA 98101 | Portland, OR 97204 |
| Tel: 206-521-5989 | Phone: (504)224-2165 |
| Fax: 888-521-5980 | Email: jmacmillan@msmlegal.com |
| Email: ken@mixsanders.com | Attorney for Plaintiff |
| Attorney for Defendant HP, Inc. | |

COUGHLIN BETKE LLP

*/s/ Christopher G. Betke*
Christopher G. Betke, pro hac vice
Coughlin Betke LLP
175 Federal St.
Boston, MA 02110
Phone: (617)988-8050
Email: cbetke@coughlinbetke.com
*Attorney for Defendant HP, Inc.*

JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST
No. 2:19-cv-00138-RSM– 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

# CERTIFICATE OF SERVICE

I, Zane Lindsay, certify that on October 29, 2021 I electronically filed the foregoing JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following:

| *Attorney for Plaintiff Philadelphia Indemnity Insurance Company* | *Attorney for Defendant Hewlett-Packard Company* |
|---|---|
| John R. MacMillan | Christopher G. Betke |
| MacMillan Scholz & Marks | Coughlin & Betke |
| 900 SW 5th Ave Suite 1800 | 175 Federal St Ste 1450 |
| Portland OR 97206 | Boston MA 02110 |
| jmacmillan@msmlegal.com | cbetke@coughlinbetke.com |
| ☒CM/ECF System | ☒CM/ECF System |

*s/Zane Lindsay*
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA  98101
Tel:     206-521-5989
Fax:    888-521-5980

JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST
No. 2:19-cv-00138-RSM– 4

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980