The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendants. | No. 2:19-cv-00138-RSM<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST**<br><br>**[proposed]**<br><br>NOTED FOR CONSIDERATION:<br>November 2, 2021 |

THIS MATTER having come before the Court on the parties' Joint Motion to Modify Case Management and Scheduling Order and Extend Time for Filing Dispositive Motions to Permit Mediation First. All parties have been given notice and an opportunity to respond and the Court, having reviewed all submissions filed by the parties, including:

1. Joint Motion to Modify Case Management and Scheduling Order and Extend Time for Filing Dispositive Motions to Permit Mediation First;

2. _____;

3. _____; and

ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST No. 2:19-cv-00138-RSM– 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

4. _____.

The Court having reviewed the records and filed herein and being fully apprised of the issues, hereby **ORDERS** that:

1. The Joint Motion to Modify Case Management and Scheduling Order and Extend Time for Filing Dispositive Motions to Permit Mediation First is **GRANTED.**

2. The Clerk of the Court is hereby ordered to reset the trial date in this matter for _____, and to extend the case schedule deadlines in accordance with the new trial date.

IT IS SO ORDERED: The _____ day of _____, 2021.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

MIX SANDERS THOMPSON, PLLC

*s/Kenneth M. Roessler*
Kenneth M. Roessler, WSBA No. 31886
MIX SANDERS THOMPSON, PLLC
1420 Fifth Avenue, Ste. 2200
Seattle, WA  98101
Tel:     206-521-5989
Fax:    888-521-5980
Email: ken@mixsanders.com
Attorney for Defendant HP, Inc.

ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST No. 2:19-cv-00138-RSM– 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

1  Approved as to form:

2      MACMILLAN SCHOLZ & MARKS

3

       <u>/s/ John R. MacMillan</u>
4      John R. MacMillan, WSB#27912
       MacMillan Scholz & Marks
5      900 SW Fifth Ave. #1800
       Portland, OR 97204
6      Phone: (504)224-2165
       Email: jmacmillan@msmlegal.com
7      *Attorney for Plaintiff*

8      COUGHLIN BETKE LLP

9

       <u>/s/ Christopher G. Betke</u>
10     Christopher G. Betke, pro hac vice
       Coughlin Betke LLP
11     175 Federal St.
       Boston, MA 02110
12     Phone: (617)988-8050
       Email: cbetke@coughlinbetke.com
13     *Attorney for Defendant HP, Inc.*

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING JOINT MOTION TO MODIFY CASE
MANAGEMENT AND SCHEDULING ORDER AND EXTEND
TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT
MEDIATION FIRST No. 2:19-cv-00138-RSM– 3

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980