**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC., <br><br>Plaintiffs, <br><br>v. <br><br>HEWLETT-PACKARD COMPANY, <br><br>Defendants. | No. 2:19-cv-00138-RSM <br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER AND EXTEND TIME FOR FILING DISPOSITIVE MOTIONS TO PERMIT MEDIATION FIRST** |

THIS MATTER is before the Court on the parties' Joint Motion to Modify Case Management and Scheduling Order and Extend Time for Filing Dispositive Motions to Permit Mediation First. All parties have been given notice and an opportunity to respond. Now, the Court, having reviewed the motion and all submissions, and being fully apprised of the issues, hereby finds and **ORDERS** that:

1. The Joint Motion to Modify Case Management and Scheduling Order and Extend Time for Filing Dispositive Motions to Permit Mediation First is **GRANTED**.

//

//

ORDER – 1

2. A revised case scheduling order consistent with the stipulation of the parties will be issued.

IT IS SO ORDERED this 1st day of November, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2