The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendants. | No. 2:19-cv-00138-~~RSM~~<br><br>**ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTIONS FILING DEADLINE BY TWO WEEKS** ~~[proposed]~~<br><br>**NOTED FOR CONSIDERATION:**<br>**May 12, 2023** |

THIS MATTER having come before the Court on the Assented to Motion by HP, Inc. to Extend Dispositive Motions Filing Deadline by Two Weeks, and the Court having reviewed the submission filed by the parties, including:

1.   Assented Motion to Extend Dispositive Motions Filing Deadline By Two Weeks;

The Court having reviewed the records and files herein and being fully apprised of the issues, hereby **ORDERS** that:

1.   The Assented Motion to Extend Dispositive Motions Filing Deadline By Two Weeks is **GRANTED.**

**ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTIONS FILING DEADLINE BY TWO WEEKS**
Case No. 2:19-cv-00138-TL– 1

2. The Clerk of the Court is hereby ORDERED to extend the deadline for filing dispositive motions to **May 30, 2023**. All other pre-trial deadlines and the trial date (October 16, 2023) remain unchanged.

IT IS SO ORDERED: The 15th day of May 2023.

_____
Tana Lin
United States District Judge

**ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTIONS FILING DEADLINE BY TWO WEEKS**
Case No. 2:19-cv-00138-TL – 2