The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendants. | No. 2:19-cv-00138-TL <br><br> DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Christopher G. Betke, depose and state follows:

1. I am counsel for HP, Inc., named in this action as Hewlett-Packard Company.

2. The statements contained herein are based on my personal knowledge.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of portions of the Verbatim Transcription of the Recorded Interview of Lynn Yevrovich Detective Awood and Lieutenant McCall of the Everett, Washington, Police Department, taken January 6, 2016.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of the July 16, 2021, report of Jeff Colwell, Ph.D., P.E.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of HP, Inc.'s Answers to Interrogatories.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of the July 15, 2021, report of Quinn C. Horn, Ph.D.

DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:19-cv-00138-TL– 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

7. Attached hereto as **Exhibit 5** is a true and accurate copy of the Complaint filed by the plaintiff in this matter.

Signed under penalties of perjury in Boston, Massachusetts this 30th day of May, 2023.

                                                  */s/ Christopher G. Betke*
                                                  Christopher G. Betke

DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:19-cv-00138-TL– 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980