The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendants. | No. 2:19-cv-00138-TL<br><br>DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF MICHAEL ESKRA |

I, Christopher G. Betke, depose and state follows:

1. I am counsel for HP, Inc., named in this action as Hewlett-Packard Company.

2. The statements contained herein are based on my personal knowledge.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of the July 10, 2021 report of Michael Eskra.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of portions of the February 14, 2023 deposition of Michael Eskra.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of the affidavit of Quinn C. Horn, Ph.D.

DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF MICHAEL ESKRA
Case No. 2:19-cv-00138-TL– 1

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

1  Signed under penalties of perjury in Boston, Massachusetts this 30th day of May, 2023.

/s/ Christopher G. Betke
Christopher G. Betke

DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT
OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY
AND OPINIONS OF MICHAEL ESKRA
Case No. 2:19-cv-00138-TL– 2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980