EXHIBIT 4

```
1              UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF WASHINGTON

3                       AT SEATTLE

4    _____

5    PHILADELPHIA INDEMNITY          )

6    INSURANCE COMPANY, a            )

7    Pennsylvania corporation,       )

8    as subrogee of DH&G, LLC,       )

9                   Plaintiff,       )

10       vs.                         )   2:19-cv-00138-RSM

11   HEWLETT-PACKARD COMPANY,        )

12               Defendant.          )

13   _____

14              VERBATIM TRANSCRIPTION

15                       OF

16              RECORDED INTERVIEW OF

17                 LYNN YEVROVICH

18                       BY

19              DETECTIVE ATWOOD

20              LIEUTENANT McCALL

21                 (Work Product)

22   _____

23              JANUARY 6, 2016

24   TRANSCRIBED FROM RECORDING BY:

25   CHERYL J. HAMMER, RPR, CCR 2512

                                           Page 1
```

WORK PRODUCT 160106 (071620) Media Transcription

```
 1                        --oOo--

 2

 3                 (BEGINNING OF TRANSCRIPTION)

 4               (Recording begins at 2:44 p.m.)

 5                   MS. YEVROVICH:  Okay.

 6                   DETECTIVE ATWOOD:  All right.

 7                   MS. YEVROVICH:  As soon as he's ready,

 8      I'll talk.

 9                   DETECTIVE ATWOOD:  First of all, we'll

10      introduce ourselves.

11                   MS. YEVROVICH:  Okay.  Sure.

12                   DETECTIVE ATWOOD:  I'm Detective

13      Atwood.  I'm from the Everett Police Department.

14                   MS. YEVROVICH:  Okay.

15                   INSPECTOR McCALL:  I'm Inspector

16      McCall.  I'm with the Everett Fire Department.  I'm

17      the investigator on the fire.

18                   MS. YEVROVICH:  Okay.

19                   DETECTIVE ATWOOD:  And you're Lynn,

20      L-y-n-n?

21                   MS. YEVROVICH:  Uh-huh.

22                   DETECTIVE ATWOOD:  Middle R?

23                   MS. YEVROVICH:  Uh-huh.

24                   DETECTIVE ATWOOD:  Last name is

25      Y-e-v-r-o-v-i-c-h?
```

Page  2

WORK PRODUCT 160106 (071620) Media Transcription

1    on Mark.

2                    MS. YEVROVICH:  Okay.

3                    DETECTIVE ATWOOD:  So, so the fire

4    occurred at Two West Casino and you were in Apartment?

5                    MS. YEVROVICH:  E-101.

6                    DETECTIVE ATWOOD:  E-101?

7                    MS. YEVROVICH:  Uh-huh.

8                    DETECTIVE ATWOOD:  Okay.  The other

9    person in the room -- or in the apartment with you was

10   Mark Davis.

11                   MS. YEVROVICH:  Yes.

12                   DETECTIVE ATWOOD:  Is that correct?

13                   MS. YEVROVICH:  He was a -- he

14   (unintelligible) with his door shut.

15                   DETECTIVE ATWOOD:  What's that?

16                   MS. YEVROVICH:  He was in his room

17   with the door shut, and I was in the living room

18   watching television.

19                   DETECTIVE ATWOOD:  Okay.  So you were

20   in the living room.  Another thing I'll do while we're

21   -- while we're sitting here --

22                   MS. YEVROVICH:  Uh-huh.

23                   DETECTIVE ATWOOD:  -- is at some point

24   you're going to have to remind me, because I'm getting

25   old.

                                              Page 5

WORK PRODUCT 160106 (071620) Media Transcription

1            MS. YEVROVICH:  That's okay.  I have

2   ADHD.  So I'll do the best I can.

3            DETECTIVE ATWOOD:  Like I said,

4   sometimes I forget them.

5            MS. YEVROVICH:  Me too.

6            DETECTIVE ATWOOD:  I'll have you, if

7   you can remember, draw a diagram of the apartment and

8   where stuff was --

9            MS. YEVROVICH:  Oh, yeah.

10            DETECTIVE ATWOOD:  -- and stuff like

11   that.

12            MS. YEVROVICH:  It was a pretty big

13   place too.

14            DETECTIVE ATWOOD:  Yeah, it was.

15            MS. YEVROVICH:  You know, two

16   bedrooms, and good-size bedrooms, a big, big living

17   room.

18            INSPECTOR McCALL:  Huge living room.

19            DETECTIVE ATWOOD:  Yeah, yeah, it was.

20            MS. YEVROVICH:  So I was fairly far

21   away from him.

22            DETECTIVE ATWOOD:  Okay.

23            MS. YEVROVICH:  And by the time I

24   smelled smoke and I jumped out of the chair, because

25   this is not -- not unlike him to do dangerous things.

                                        Page  6

1    I jumped out of the chair and ran over, and that's

2    when I saw white smoke billowing out of the bottom of

3    the door any place that it wasn't, you know,

4    connected.

5                    There was a ton of smoke billowing

6    out.  So I ran over.

7                    DETECTIVE ATWOOD:  So he was in his

8    bedroom?

9                    MS. YEVROVICH:  Yes.

10                    DETECTIVE ATWOOD:  The door -- the

11   door was closed?

12                    MS. YEVROVICH:  Yes.

13                    DETECTIVE ATWOOD:  White smoke coming

14   out from around the edges of the door, right?

15                    MS. YEVROVICH:  So I ran over and I

16   opened the door and I saw him standing in the middle

17   of the room, just staring at his mattress, which had

18   just been consumed with flames.  It was just going up.

19                    And I grabbed the phone and I called

20   911.  I said, the mattress is on fire.  And then --

21                    DETECTIVE ATWOOD:  Okay.

22                    MS. YEVROVICH:  -- I told him to get

23   out, and he just ignored me.

24                    INSPECTOR McCALL:  So you were in his

25   room when you grabbed the phone or what do you mean?

Page 7

1  a caregiver.

2            I was more putting up with his

3  drinking and obnoxiousness, but if he made messes or

4  something or started to do something dangerous, I

5  would normally clean it up.  But the only thing was it

6  had to be in a common area, because he had his room

7  and the last thing he told me was can I -- can I

8  actually say it even though it was cuss words?

9            DETECTIVE ATWOOD:  Not going to hurt

10  my feelings.

11            MS. YEVROVICH:  Okay.  Well, he -- he

12  just yelled at me, fuck you, fuck you, fuck you, fuck

13  you, fuck you, and so when he said get out of my room.

14  So I was in the other room just watching television,

15  hoping to calm down, and then I was going to go to

16  bed.  If I had been --

17            DETECTIVE ATWOOD:  So he said that to

18  you before the fire started?

19            MS. YEVROVICH:  Yes, before the fire.

20            DETECTIVE ATWOOD:  Okay.  Because why

21  would he say that to you?

22            MS. YEVROVICH:  Because I told him

23  that I was going to want to see other people and that

24  I was going to try to get a job as fast as I could and

25  that I would move out when I could.  That was what I

Page 11

1  said to him maybe an hour, hour and a half before the

2  fire started.

3                    DETECTIVE ATWOOD:  Okay.  And that got

4  him upset.  Was he -- was he drinking at that point?

5                    MS. YEVROVICH:  He started drinking.

6  I mean, he gets up at 5:00 a.m., checks his bank

7  account, and as soon as he has any money, he goes and

8  buys a bottle.  And like by 8:00 or 8:30, he was

9  already drunk.

10                    DETECTIVE ATWOOD:  So he's on assisted

11  SSI or whatever that stands for?

12                    MS. YEVROVICH:  Yes, he's on

13  disability.

14                    DETECTIVE ATWOOD:  Disability.

15                    MS. YEVROVICH:  And I don't think it's

16  for alcoholic, but it should have been, because I

17  tried to get people to make him stop drinking.  They

18  said it's his right to drink and he would deny it a

19  lot.  I mean, he was in denial of everything, and if

20  you tried to work things out with him about anything,

21  whether it's who's going to pay what bill, he

22  wouldn't, he wouldn't work with you.  He just

23  wouldn't.

24                    He was like a powermonger.  At the

25  same time, I think he was complaining that he had to

Page 12

WORK PRODUCT 160106 (071620) Media Transcription

1   drunk.  I knew he was.  So I thought if he had any

2   chance at all, I don't want to close the door and keep

3   him from, you know, getting out, so...

4                    DETECTIVE ATWOOD:  Okay.

5                    MS. YEVROVICH:  That's what I did.

6                    DETECTIVE ATWOOD:  Going to his

7   drinking a little bit.  What kind of alcohol do you

8   recall him drinking?

9                    MS. YEVROVICH:  When we first got

10  together in there he was drinking whiskey, but it was

11  clear that I could smell it and he didn't like that.

12                   DETECTIVE ATWOOD:  So he was drinking

13  whiskey that day?

14                   MS. YEVROVICH:  No.

15                   DETECTIVE ATWOOD:  Or night?

16                   MS. YEVROVICH:  He was drinking vodka,

17  because he switched to vodka because it had less of a

18  smell.  That way he thought he could get away with it.

19  I could still smell the fumes coming off of him,

20  because you can smell alcohol.

21                   DETECTIVE ATWOOD:  Sure.

22                   MS. YEVROVICH:  So he was drunk by

23  maybe 10:00 in the morning at the latest.

24                   DETECTIVE ATWOOD:  So that did you see

25  him drinking that night or prior to --

WORK PRODUCT 160106 (071620) Media Transcription

1          MS. YEVROVICH:  He hid --

2          DETECTIVE ATWOOD:  -- the fire?

3          MS. YEVROVICH:  He hid the bottles,

4   but I know his different stages of drunkenness and he

5   was definitely drunk.  So I don't know where he put

6   the bottle.  I didn't actually see the bottle, but I

7   did smell the fumes on him and I saw him acting drunk.

8          DETECTIVE ATWOOD:  How long --

9          MS. YEVROVICH:  And --

10          DETECTIVE ATWOOD:  Sorry.  How long

11   before that -- I'm not trying to cut you off, but

12   sometimes I got to cut you off to slow you down.

13          MS. YEVROVICH:  Okay.  By about 11:00,

14   he was already unwilling to talk about it.

15          DETECTIVE ATWOOD:  11:00 in the

16   afternoon or --

17          MS. YEVROVICH:  In the morning.

18          DETECTIVE ATWOOD:  -- in the morning?

19          MS. YEVROVICH:  Oh, yeah, he was drunk

20   by probably 10:00 or 11:00, I mean, really drunk.

21          DETECTIVE ATWOOD:  Okay.

22          MS. YEVROVICH:  Like falling over in

23   his chair drunk.  Yeah.  That's what he does every

24   time he gets money.  He doesn't waste any time.  He

25   just goes, bang, gets that and just start to drink.

Page 20

WORK PRODUCT 160106 (071620) Media Transcription

1          INSPECTOR McCALL:  And all that time
2    he wasn't talking to you?
3          MS. YEVROVICH:  No.  He was -- he
4    looked like he was in a trans, really.  He just was,
5    just standing, just staring at it.  If it had been
6    anybody but him I would have thought they'd set it on
7    purpose, but with him it could go either way, because
8    he was -- he was, you know, angry.
9          He was drunk, when he's drunk, and
10   he's such a bad drunk, that he had these negative, you
11   know, behaviors.  So I don't know whether he did it
12   accidentally or on purpose.
13          DETECTIVE ATWOOD:  How long were you
14   guys a couple or been hanging out together or
15   whatever?
16          MS. YEVROVICH:  Well, we'd been there
17   for about four and a half to five years and we were a
18   couple in the other place before then, but we were not
19   a couple there because he was drinking.
20          DETECTIVE ATWOOD:  Okay.
21          MS. YEVROVICH:  Yeah, he was drinking.
22   I did try to marry him, but he was so obnoxious, we
23   hadn't even gotten two weeks before I tore it up.
24          DETECTIVE ATWOOD:  Did you -- those
25   four or five years, was there -- did he have any

                                        Page 25

1    because he would hide some of his bottles there.

2                    DETECTIVE ATWOOD:  Oh.

3                    MS. YEVROVICH:  You know what I mean?

4    As messy as he could make it.  You could always hide a

5    bottle there.

6                    DETECTIVE ATWOOD:  Okay.

7                    MS. YEVROVICH:  You know, and I didn't

8    get a chance to go through his room thoroughly because

9    he was in it.  And I knew he was drinking, but I

10   didn't know where he had the bottle at that point,

11   because I'd gone there earlier in the morning and

12   looked, but I couldn't find the bottle.  So I knew

13   he'd stashed it somewhere.  Yeah.

14                   DETECTIVE ATWOOD:  Was he a smoker?

15                   MS. YEVROVICH:  Yes, he was.

16                   DETECTIVE ATWOOD:  Okay.

17                   MS. YEVROVICH:  And he would smoke in

18   there when we had fights and I would tell him not to.

19                   Now, here's -- this is kind of

20   critical.  I would constantly remind him that one of

21   the reasons he shouldn't smoke in his room is that

22   mattresses were flammable, extremely flammable, and I

23   really impressed that into his head, that you couldn't

24   smoke in there because the mattresses were so

25   flammable.  But he didn't listen to me at all.

                                              Page 36

```
1                  INSPECTOR McCALL:  Behind the
2      building.
3                  DETECTIVE ATWOOD:  -- behind the
4      building.
5                  INSPECTOR McCALL:  Somebody threw it
6      off the deck.
7                  MS. YEVROVICH:  It wouldn't have been
8      him.  He wouldn't even have been able to pick it up.
9                  DETECTIVE ATWOOD:  Okay.
10                  MS. YEVROVICH:  No, I didn't even know
11     about that.  At the time I ran out, as far as I knew,
12     that -- that mattress was engulfed in flames.  So
13     maybe it was somebody else's mattress, because I don't
14     think anybody could have picked it up.
15                  DETECTIVE ATWOOD:  How many -- do you
16     remember how many mattresses were on that bed?
17                  MS. YEVROVICH:  It was just a -- there
18     were just -- it was a really old twin-sized bed, and
19     it was the box spring and then the top mattress.
20                  DETECTIVE ATWOOD:  Okay.
21                  MS. YEVROVICH:  And most of the time
22     he just would lay in it without even bothering to put
23     linens on it or anything.  He was living in there like
24     a skid-row bum and I objected to that.  I said I
25     didn't want to come here to have you live like this or
```

Page 38

WORK PRODUCT 160106 (071620) Media Transcription

1    --

2                    INSPECTOR McCALL:   -- raw mattresses

3    sitting there?

4                    MS. YEVROVICH:   When I looked in

5    there, I didn't see anything on the bed and it looked

6    like the fire came straight from the mattress.

7                    INSPECTOR McCALL:   Okay.

8                    MS. YEVROVICH:   So, but it did catch

9    while the piles of things around it, you know, cloth

10   things around it.  When it caught, that's what caused

11   this huge lick of flame to go toward and he jumped at

12   that point, back.

13                   INSPECTOR McCALL:   Yeah.

14                   MS. YEVROVICH:   And I think he went

15   down at that point.  But I heard that somebody tried

16   to come through the window later.  I don't know how

17   they even got close to it to do this --

18                   INSPECTOR McCALL:   Yeah.

19                   MS. YEVROVICH:   -- and try to get him

20   out, and he braced his hands against the windowsills

21   and wouldn't let himself be rescued.  So it does seem

22   like he deliberately didn't want to live, but I'm not

23   sure that means he set the fire.

24                   It just, it suggests he might have,

25   but he's so crazy, I don't know whether he set it or

                                        Page 49

1    not on purpose.

2                    INSPECTOR McCALL:  The one thing I'm

3    real eager is if you could describe that bed.  What

4    I'd really like to know is where were those headboards

5    exactly.

6                    MS. YEVROVICH:  Oh, yes.  Those were

7    right up against -- they were up -- they were leaning

8    right up against his closet.

9                    INSPECTOR McCALL:  Okay.

10                   MS. YEVROVICH:  Like right, right

11   here.

12                   INSPECTOR McCALL:  All right.  And

13   then, when you went in there originally, did you smell

14   anything?  You just, you say you saw the fire and you

15   saw the white smoke, but did you smell any kind of --

16                   MS. YEVROVICH:  Yes.  I was watching

17   television in the living room when I smelled the

18   smoke, and it didn't smell like tobacco and I -- and

19   at that point I jumped out of there and ran over,

20   because, you know, he's -- he was an accident waiting

21   to happen, honestly.

22                   INSPECTOR McCALL:  Yeah.

23                   MS. YEVROVICH:  I stopped accidents so

24   many times.  Like, he'd turn on the gas grill outside

25   and not light the pilot and after a while that gas

WORK PRODUCT 160106 (071620) Media Transcription

1    would go everywhere, and twice I had to turn that off.

2    And I would scold him.  I'd say, you just turned that

3    on and didn't lite it.  And he would just cuss me out.

4                    It was his -- you couldn't make him be

5    responsible in any way, you know.

6                    INSPECTOR McCALL:  Okay.

7                    MS. YEVROVICH:  It was bad.  Like one

8    time I had to borrow the rent from my -- my brothers,

9    because just, he got drunk, but he didn't pay the rent

10   and he didn't have any money left because he'd taken

11   out too many loans and he wasn't really going to tell

12   me, you know.  I found out later.

13                   INSPECTOR McCALL:  So you know I'm a

14   firefighter, right?

15                   MS. YEVROVICH:  Yeah.

16                   INSPECTOR McCALL:  So when I smell

17   smoke, I can tell you what's burning.  So that's my

18   question of what you smelled.  Did you smell anything,

19   like any kind of smell --

20                   MS. YEVROVICH:  I did smell --

21                   INSPECTOR McCALL:  -- that in your

22   mind said, oh, that smells like blank?

23                   MS. YEVROVICH:  I smelled some

24   cigarette smoke earlier.  And I had always told him to

25   not smoke in his room because we should smoke out in

YOM: Full Service Court Reporting, A Veritext Company
800.831.6973

1    the patio where we had, you know, the can.

2                    INSPECTOR McCALL:  Uh-huh.

3                    MS. YEVROVICH:  And that was my rule.

4    I don't want cigarette smoke in the house.  Even if I

5    smoke, I don't want to smell my own secondhand or

6    anybody else's secondhand and I don't want my clothes

7    to smell like it.

8                    But he started doing that maybe two or

9    three years ago and when I'd tell him not to do it,

10   he'd yell at me, go away.  I'll do what I want.  It's

11   my place.  And that's what he would do.  I couldn't

12   make him stop.

13                   And when he was in his room with the

14   door shut and I wasn't allowed in, whatever he did in

15   there, I couldn't stop it, you know, because I was

16   out.

17                   INSPECTOR McCALL:  Uh-huh.

18                   MS. YEVROVICH:  So that's how that

19   happened.

20                   DETECTIVE ATWOOD:  Was it --

21                   INSPECTOR McCALL:  When -- oh.

22                   DETECTIVE ATWOOD:  Sorry.  I'm sorry.

23   Was his door locked?

24                   MS. YEVROVICH:  No, I don't think.

25                   DETECTIVE ATWOOD:  Did it have a lock

                                            Page 52

1  and I've seen it.  Everybody acts differently when

2  they're under the stress of that kind of thing.

3                    MS. YEVROVICH:  Once I --

4                    DETECTIVE ATWOOD:  Some people laugh,

5  some people cry, some people get angry.

6                    MS. YEVROVICH:  I got kind of angry at

7  him.

8                    DETECTIVE ATWOOD:  Yeah, so...

9                    MS. YEVROVICH:  Because he did set

10  that fire, whether accidentally or on purpose.  And I

11  still don't know which is which, but, but he should

12  have listened to me, you know.  I mean --

13                    DETECTIVE ATWOOD:  Yeah.

14                    MS. YEVROVICH:  -- I had a lot of

15  really beautiful things.  I came from a upper middle

16  class family.  My father was a doctor.  So I had some

17  really nice things, and I wouldn't have wanted to lose

18  any of that stuff.

19                    The woman who's complaining, I bet I

20  had twice as much good stuff as she did.

21                    DETECTIVE ATWOOD:  Right.

22                    MS. YEVROVICH:  You know?

23                    DETECTIVE ATWOOD:  Okay.  So I'm just

24  trying to quell some of those rumors that --

25                    MS. YEVROVICH:  Yeah, please.

YOM: Full Service Court Reporting, A Veritext Company
800.831.6973

WORK PRODUCT 160106 (071620) Media Transcription

```
1                    MS. YEVROVICH:  Yeah, empty and --
2      and, you know, and collapsed and just stacked up.
3      Yeah.
4                    DETECTIVE ATWOOD:  Is there anything
5      that we're not asking you and you're going, come on
6      guys, quit being an idiot?
7                    MS. YEVROVICH:  The only thing I can
8      think of is that he had a lighter that I gave him that
9      needed to be filled with butane and he told me that he
10     had the refill in his room.  So that and alcohol are
11     both accelerants.
12                    I don't know what happened, because I
13     wasn't there when it started.  I just know that he was
14     standing there staring at it like it was the most
15     interesting thing in the world and he ignored me.
16                    DETECTIVE ATWOOD:  So he had one of
17     those old school lighters where you flip the lid and
18     --
19                    MS. YEVROVICH:  Yeah.  It was a -- it
20     was a little -- what do you call those?
21                    DETECTIVE ATWOOD:  Zippo.
22                    MS. YEVROVICH:  It was Zippo.
23                    DETECTIVE ATWOOD:  Zippo.
24                    MS. YEVROVICH:  It was Zippo and it
25     was white and it had a little face on it like a seal
```

Page 65

1    would do to him.  I just think that that would have to

2    entail most likely being locked up for a while, you

3    know, but especially since he's been an alcoholic all

4    this time.

5                    And I don't know.  I'm pretty sure the

6    fact that he was drinking did play a factor into

7    whatever he did that night, you know, whether he --

8    whether he did it on purpose because he was angry and

9    drunk or whether he accidentally did it because he was

10   out of it drunk.  Either way, he was drunk.  That's

11   how I see it.

12                   And I don't know that he was crazy

13   drunk and did it that way or whether he was deliberate

14   and did it that way because he was so out of his mind

15   anyway from all those years of drinking that you

16   couldn't even have a normal conversation with him

17   anymore.  It was impossible.

18                   DETECTIVE ATWOOD:  So go back a little

19   bit.  How long do you think it was that you guys --

20                   MS. YEVROVICH:  Between the argument

21   and the --

22                   DETECTIVE ATWOOD:  -- exchanged words?

23                   MS. YEVROVICH:  -- and the setting?

24   Maybe an hour and a half, because when you're watching

25   TV time flies by.  So I'm not sure.

YOM: Full Service Court Reporting, A Veritext Company
800.831.6973

```
 1                     DETECTIVE ATWOOD:  So yeah, depend on
 2     the show, but...
 3                     MS. YEVROVICH:  Yeah, right.  The
 4     worse it is, the longer it takes.  Right.
 5                     DETECTIVE ATWOOD:  And TV these days.
 6     Anyways, so what, what -- in your best guess, what do
 7     you think his frame of mind was?
 8                     MS. YEVROVICH:  She's leaving me.  I
 9     hate her.  I don't want to live anymore.  I'm going to
10     set this place on fire and burn up everything she has,
11     because, you know, she doesn't -- she's not being with
12     me and I feel like I paid for everything, which isn't
13     true.  I had lots of stuff before I met him.
14                     And I'm just going to burn her place
15     up so that she doesn't have anything anymore and I'll
16     just die in the fire so they can't hold me
17     responsible.  That's what I think he might have been
18     thinking.
19                     Or maybe he's standing there staring
20     at it because he's out of his mind, you know.  I don't
21     know, because either way he was -- he got really
22     drunk.  He got -- he passed himself out when he drank,
23     you know, and oftentimes he would sit outside watching
24     -- well, he wouldn't be watching.  He'd be going like
25     this, and, you know, go like that, and...
```

YOM: Full Service Court Reporting, A Veritext Company
800.831.6973

WORK PRODUCT 160106 (071620) Media Transcription

1              INSPECTOR McCALL:  Thanks.

2              MS. YEVROVICH:  You look like my dad.

3    Seriously.

4              DETECTIVE ATWOOD:  All right.  It is

5    --

6              INSPECTOR McCALL:  That's the end of

7    this interview.  We're going --

8              DETECTIVE ATWOOD:  -- 3:46 by my

9    watch.  We're going to end it now.

10             MS. YEVROVICH:  Okay.  Thank you.

11             INSPECTOR McCALL:  Let me shut off the

12   recorder.

13             MS. YEVROVICH:  If I find the card

14   with his name on it...

15          (Recording ends at 3:45 p.m.)

16             (END OF TRANSCRIPTION)

17

18

19

20

21

22

23

24

25

                                   Page 90