The Honorable Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>      Plaintiff,<br><br> v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>) Case No.: 2:19-cv-00138-RSM<br>)<br>) DECLARATION OF JOHN R. MacMILLAN<br>)<br>)<br>)<br>)<br>) |

I, John R. MacMillan, being duly sworn and under oath state as follows:

1. I am one of the attorneys representing Plaintiff, Philadelphia Indemnity Insurance Company as subrogee of DH&G, LLC, in this matter.

2. That attached, as **Exhibit A** is a true and correct copy of portions of the transcript of the deposition of Michael Eskra.

 I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST

OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE

AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

/ / /

/ / /

/ / /

1 – DECLARATION OF JOHN R. MacMILLAN

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

DATED: June 26, 2023.                    MacMILLAN, SCHOLZ, & MARKS, LLC

By: _____
John R. MacMillan, WSB #27912
MacMillan Scholz & Marks
900 SW Fifth Ave., #1800
Portland, OR 97204
T: (503) 224-2165
F: (503) 224-0348
E: jmacmillan@msmlegal.com
*Of Attorneys for Plaintiff*

2 – DECLARATION OF JOHN R. MacMILLAN

MacMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165