WORK PRODUCT 160106 (071620) Media Transcription

```
 1                UNITED STATES DISTRICT COURT
 2               WESTERN DISTRICT OF WASHINGTON
 3                        AT SEATTLE
 4  _____
 5  PHILADELPHIA INDEMNITY           )
 6  INSURANCE COMPANY, a             )
 7  Pennsylvania corporation,        )
 8  as subrogee of DH&G, LLC,        )
 9              Plaintiff,           )
10       vs.                         )  2:19-cv-00138-RSM
11  HEWLETT-PACKARD COMPANY,         )
12              Defendant.           )
13  _____
14                  VERBATIM TRANSCRIPTION
15                          OF
16                RECORDED INTERVIEW OF
17                    LYNN YEVROVICH
18                          BY
19                   DETECTIVE ATWOOD
20                   LIEUTENANT McCALL
21                     (Work Product)
22  _____
23                   JANUARY 6, 2016
24  TRANSCRIBED FROM RECORDING BY:
25  CHERYL J. HAMMER, RPR, CCR 2512

                                                  Page 1
```

```
 1   you angry?
 2                  MS. YEVROVICH:  I looked how big the
 3   fire, I was scared.
 4                  DETECTIVE ATWOOD:  No, I mean, in
 5   between the time after you guys got done arguing and
 6   that fire started.
 7                  MS. YEVROVICH:  I was trying to relax
 8   watching TV.  It was just that simple.
 9                  DETECTIVE ATWOOD:  You were just
10   chilling out?
11                  MS. YEVROVICH:  Yeah, absolutely.
12   Just chilling watching TV, trying to relax.  If I had
13   been more relaxed, I might have gone to bed and then I
14   wouldn't be here right now.  I would have died in the
15   fire.  So it was just luck.
16                  I was sitting out there watching
17   television, when I -- I smelled something, and it
18   wasn't cigarette smoke, but it was smoke.  And I -- I
19   got out of the chair quickly and I went, ran over
20   there, and that's when I saw the white smoke kind of
21   billowing out from the crevice like underneath the
22   door.
23                  Wherever there was, you know, a crack
24   that it could come out it was billowing out and it was
25   bad by then.  So I threw the door open and by then the
```

Page 76