The Honorable Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>     Defendant. | ) ) ) ) ) Case No.: 2:19-cv-00138-TL ) ) DECLARATION OF JOHN R. MacMILLAN ) ) ) ) ) |

I, John R. MacMillan, being duly sworn and under oath state as follows:

1. That I am one of the attorneys representing Plaintiff, Philadelphia Indemnity Insurance Company as subrogee of DH&G, LLC, in this matter.

2. That, on September 11, 2023, I conferred with counsel for Defendant via telephone in a good faith attempt to resolve the matters in dispute at issue in Plaintiff's Motions in Limine. The parties were unable to resolve their differences.

3. That attached, as **Exhibit 1,** is a true and correct copy of the transcript of the recorded interview Lynn Yevrovich gave to the Everett Police and Fire Departments.

4. That attached, as **Exhibit 2,** is a true and correct copy of a report written by Officer Ryan Hanks of the Everett Police Department.

5. That attached, as **Exhibit 3,** is a true and correct copy of a Fire Investigation Report prepared by Plaintiff's expert Jensen Hughes.

6. That attached, as **Exhibit 4,** is a true and correct copy of notes written by Ken Rice of Jensen Hughes pertaining to an interview of Lynn Yevrovich.

1 – DECLARATION OF JOHN R. MacMILLAN

7. That attached, as **Exhibit 5,** is a true and correct copy of a written statement given by Lynn Yevrovich to the Everett Police Department.

8. That Plaintiff's **Exhibit 6,** an audio recording of the 911 call made by Lynn Yevrovich on December 31, 2015, will be submitted upon the Court's instruction, either via compact disc or as a digital audio file sent via email.

9. That attached, as **Exhibit 7,** is a true and correct copy of a report written by Detective Ryan Atwood of the Everett Police Department.

10. That attached, as **Exhibit 8,** is a true and correct copy of a report written Officer James Massingale of the Everett Police Department.

11. That attached, as **Exhibit 9**, is a true and correct copy of Plaintiff's Statement of Loss.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: September 11, 2023.        MacMILLAN, SCHOLZ, & MARKS, P.C.

By: _____
John R. MacMillan, WSB #27912
MacMillan Scholz & Marks
900 SW Fifth Ave., #1800
Portland, OR 97204
T: (503) 224-2165
F: (503) 224-0348
E: jmacmillan@msmlegal.com
*Of Attorneys for Plaintiff*

2 – DECLARATION OF JOHN R. MacMILLAN