The Honorable Tana Lin

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00138-TL<br><br>SUPPLEMENTAL DECLARATION OF JOHN R. MacMILLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE |

I, John R. MacMillan, being duly sworn and under oath state as follows:

1. I am one of the attorneys representing Plaintiff, Philadelphia Indemnity Insurance Company as subrogee of DH&G, LLC, in this matter.

2. Attached as **Exhibit B** is a true and correct copy of an additional notice issued by Defendant in connection with recall of Lithium-ion laptop battery packs issued by defendant HP.

/ / /

/ / /

/ / /

1 – SUPPLEMENTAL DECLARATION OF JOHN R. MacMILLAN

1    3.  Many of the recall and replacement program notices issued by HP appear very similar

2  and counsel for plaintiff mistook Exhibit B as a duplicate of other notices submitted in Exhibit

3  A.

4       **I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE**

5  **BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE**

6  **FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PER-**

7  **JURY.**

8       **FURTHER YOUR AFFIANT SAYETH NAUGHT.**

9  DATED: September 26, 2023.           MacMILLAN, SCHOLZ, & MARKS, LLC

10

11                                      By:  /s/ John R. MacMillan
                                             John R. MacMillan, WSB #27912
12                                           MacMillan Scholz & Marks
                                             900 SW Fifth Ave., #1800
13                                           Portland, OR 97204
                                             T: (503) 224-2165
                                             F: (503) 224-0348
14                                           E: jmacmillan@msmlegal.com
                                             *Of Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

Page 2 – SUPPLEMENTAL DECLARATION OF JOHN R. MacMILLAN



# HP Recalls Batteries for HP and Compaq Notebook Computers Due to Fire and Burn Hazards



HP Notebook computer battery



**Name of Product:**

Lithium-ion batteries

**Hazard:**

The **lithium-ion laptop battery packs** can overheat, posing fire and burn hazards.

**Remedy:**

Replace

**Recall Date:**

June 23, 2016

**Units:**

About 41,000 (In addition, about 2,600 were sold in Canada and about 4,500 were sold in Mexico)

EXHIBIT B
Page 1 of 6

# Recall Details

**In Conjunction With:**



**Remedy:**

Consumers should immediately stop using the recalled batteries, remove them from the notebook computers and contact HP for a free replacement battery.

**Incidents/Injuries:**

HP has received seven reports of battery packs overheating, melting or charring, including four reports of property damage of about $4,000 total.

**Sold At:**

Best Buy, Wal-Mart, and Staples and authorized dealers nationwide and online at www.hp.com from March 2013 through August 2015. The batteries were sold with notebook computers for between $300 and $1,700. The batteries were also sold separately for between $50 and $90.

**Importer(s):**

HP Inc., of Palo Alto, Calif.

**Manufactured In:**

China

**Recall number:**

16-202



United States
**CONSUMER PRODUCT SAFETY COMMISSION**

# HP Expands Recall of Batteries for HP and Compaq Notebook Computers Due to Fire and Burn Hazards



HP Notebook computer battery



**Name of Product:**

Lithium-ion batteries used in HP notebook computers

**Hazard:**

The **lithium-ion batteries** used in notebook computers can overheat, posing fire and burn hazards.

**Remedy:**

Replace

**Recall Date:**

January 24, 2017

**Units:**

About 101,000 (An additional 41,000 batteries were previously recalled in June 2016. About 3,000 were sold in Canada and 4,000 in Mexico.)

## Consumer Contact

HP toll-free at 888-202-4320 from 8 a.m. to 7 p.m. CT Monday through Friday or online at [www.HP.com/go/batteryprogram2016](www.HP.com/go/batteryprogram2016) or [www.hp.com](www.hp.com) and click "Recalls" at the bottom of the page for more information.

# Recall Details

**In Conjunction With:**



**Description:**

This expanded recall involves lithium-ion batteries containing Panasonic cells that are used in HP notebook computers. The batteries are compatible with HP, Compaq, HP ProBook, HP ENVY, Compaq Presario, and HP Pavilion notebook computers. HP has expanded the number of recalled batteries, which were shipped with notebook computers sold between March 2013 and October 2016. The black batteries measure about 8 to 10.5 inches long, 2 inches wide and about 1 inch high. The battery bar code is printed on the back of the battery. "HP Notebook Battery" and the model number are printed on the battery. The batteries included in this expanded recall have bar codes starting with: 6BZLU, 6CGFK, 6CGFQ, 6CZMB, 6DEMA, 6DEMH, 6DGAL and 6EBVA.

**Remedy:**

Consumers should immediately stop using the recalled batteries, remove them from the notebook computers and contact HP for a free replacement battery. Until a replacement battery is received, consumers should use the notebook computer by plugging it into AC power only.

Batteries previously identified as not affected by the June 2016 recall could be included in this expanded announcement. Consumers are urged to recheck their batteries.

**Incidents/Injuries:**

HP has received one additional report of the battery overheating, melting and charring and causing about $1,000 in property damage

**Sold At:**

Best Buy, Walmart, Costco, Sam's Club and authorized dealers nationwide and online at www.hp.com and other websites from March 2013 through October 2016 for between $300 and $1,700. The batteries were also sold separately for between $50 and $90.

**Importer(s):**

HP Inc., of Palo Alto, Calif.

**Manufactured In:**

China

**Recall number:**

17-071

**Fast Track Recall**

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.

# CERTIFICATE OF SERVICE

I, John R. MacMillan, certify under penalty of perjury under the laws of the United States that, on the date set forth below, I caused the foregoing document to be served by the method(s) indicated below on the parties listed below:

| | |
|---|---|
| Christopher G. Betke<br>Coughlin ◦ Betke LLP<br>175 Federal Street<br>Boston, MA 02110<br>*Of Attorneys for Defendant* | ☐ Via Hand Delivery<br>☐ Via US Mail, Postage Prepaid, First Class<br>☐ Via Facsimile<br>☒ Via CM/ECF<br>☒ Via E-Mail:   cbetke@coughlinbetke.com |
| Kenneth M. Roessler<br>Mix Sanders Thompson, PLLC<br>1420 Fifth Avenue, Suite 2200<br>Seattle, WA  98101<br>*Of Attorneys for Defendant* | ☐ Via Hand Delivery<br>☐ Via US Mail, Postage Prepaid, First Class<br>☐ Via Facsimile<br>☒ Via CM/ECF<br>☒ Via E-Mail:   ken@mixsanders.com |

DATED:  September 26, 2023.

*/s/ John R. MacMillan*
John R. MacMillan, WSBA #27912
Of Attorneys for Plaintiff

1 – CERTIFICATE OF SERVICE