The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, as subrogee of DH&G, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. 2:19-cv-00138-TL <br><br> DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT OF DEFENDANT HP'S MOTION TO STRIKE WITNESSES DEKOEKKOEK, BELFOR, AND JS HELD FROM PRETRIAL ORDER AND TO EXCLUDE THEIR TESTIMONY |

I, Christopher G. Betke, depose and state follows:

1. I am counsel for Defendant HP, Inc., named in this action as Hewlett-Packard Company.

2. The statements contained herein are based on my personal knowledge.

3. Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of Plaintiff's March 25, 2019 Initial Disclosures in this case.

4. Attached hereto as <u>Exhibit 2</u> is a true and accurate copy of portions of Plaintiff's September 6, 2019 interrogatory responses in this case.

Signed under penalties of perjury in Boston, Massachusetts this 11th day of October, 2023.

*/s/Christopher G. Betke*
Christopher G. Betke

DECLARATION OF CHRISTOPHER G. BETKE IN SUPPORT OF DEFENDANT HP'S MOTION TO STRIKE WITNESSES DEKOEKKOEK, BELFOR, AND JS HELD – 1
Case No: 2:19-cv-00138-TL

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980