**EXHIBIT 1**

Honorable Ricardo S. Martinez

1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
8                                            AT SEATTLE

9    PHILADELPHIA INDEMNITY INSUR-          )
     ANCE COMPANY, a Pennsylvania corpora-  )
10   tion, as subrogee of DH&G, LLC.,       )
                                            )   Case No.: 2:19-cv-00138-RSM
11              Plaintiffs,                  )
                                            )   PLAINTIFF'S INITIAL DISCLOSURES
12        vs.                                )
                                            )
13   HEWLETT-PACKARD COMPANY,                )
                                            )
14              Defendant.                   )

15        Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Philadelphia Indemnity Insurance Com-

16   pany, as subrogee of DH&G, LLC, ("Plaintiff" or "Philadelphia") provides its initial disclosures

17   to Defendant Hewlett-Packard Company ("HP"). Philadelphia reserves the right to supplement or

18   amend these disclosures, including pursuant to Fed. R. Civ. P. 26(e), after learning more about

19   the nature and details of HP's investigation and defenses.

20                                  **1. List of Witnesses**

21        Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Philadelphia discloses the following individu-

22   als likely to have discoverable information that may be used to support Philadelphia's allegations

23   and claims. Philadelphia reserves the right to amend or supplement these disclosure, including as

24   provided by Fed. R. Civ. P. 26(e). The following disclosures do not include persons whose testi-

25   / / /

Page    1 – PLAINTIFF'S INITIAL DISCLOSURES

mony is likely to be used solely for impeachment, rebuttal, or expert witness testimony, who will

be disclosed in accordance with the schedule set by the Court.

| Name | Contact Information | Nature of Witness' Knowledge |
|---|---|---|
| Russell Hirsch, DH&G, LLC | 10532 35th Avenue NE Seattle, WA. 98105 | Mr. Hirsch has knowledge of the property that suffered fire damage (better known as the Bluffs at Evergreen, 2 West Casino Road, Everett, WA 98204), the subsequent insurance claim with Philadelphia Ins., and other relevant information. |
| Kimberly Bucy Coast Property Management | 2829 Rucker Avenue Everett, WA 98201 | Ms. Bucy is a property manager with Coast Property Management and has knowledge relating to Bluffs at Evergreen, the subsequent insurance claim with Philadelphia Ins., and other relevant information. |
| John Gartling Philadelphia Insurance Co. | 640 Plaza Drive, Suite 200 Highlands Ranch, CO 81029 | Mr. Gartling is a senior property claims specialist with Philadelphia Insurance Co. and has knowledge of the insurance claim made by DH&G for the fire that is the subject of this litigation. |
| John Smith Philadelphia Insurance Co. | PO Box 950 Bala Cynwyd, PA 19004 | Mr. Smith is a senior subrogation examiner with Philadelphia Insurance Co. and has knowledge of the insurance claim made by DH&G, LLC. for the fire that is the subject of this litigation. |
| Steve DeKoekkoek Engle Martin & Associates | 4100 194th Street SW, Ste 120 Lynnwood, WA 98036 | Mr. DeKoekkoek is an executive general adjuster with Engle Martin & Associates and has knowledge of the insurance claim made by DH&G, LLC., the adjustment of the insurance claim, and other relevant information. |

Page | 2 – PLAINTIFF'S INITIAL DISCLOSURES

| | | |
|---|---|---|
| JS Held Construction Consulting | 50 Jericho Quadrangle<br>Suite 117<br>Jericho, NY 11753 | JS Held has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Belfor USA Group, Inc./<br>Belfor Property Restoration | 4320 South 131st Place<br>Suite 100<br>Seattle, WA 98168 | Belfor has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Seth Tolbert<br>Wrecking Ball Demolition | 3310 Chestnut St.<br>Everett, WA 98201 | Mr. Tolbert is a project manager for Wrecking Ball and has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Mike Lawrence<br>Thermatech Northwest, Inc. | 10312 Sales Road South<br>Lakewood, WA 98499 | Mr. Lawrence is a project manager for Thermatech and has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Mark Marcell<br>Construction Group Int'l | 19407 144th NE, Building D,<br>Woodinville, WA 98072 | CGI and Mr. Marcell have information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| American Floors and Blinds | PO Box 896<br>Renton, WA 98057 | American Floors has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Eva's Cleaning Services | 12303 Harbour Pointe Blvd.<br>Apartment E 202<br>Mukilteo, WA 98275 | Eva's has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |

Page   3 – PLAINTIFF'S INITIAL DISCLOSURES

| | | |
|---|---|---|
| Mr. Rooter Plumbing | 2000 South 116th Street<br>Seattle, WA 98168 | Mr. Rooter has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Direct Carpet Cleaning | 1429 Avenue D, PMB 531<br>Snohomish, WA 98290 | Direct Carpet has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Dunn Lumber Company | 3801 Latona Avenue NE<br>Seattle, WA 98105 | Dunn has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Elite Resurfacing | PO Box 2304<br>Sumner, WA 98390. | Elite has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Guardian Security Services | 10924 Mukilteo Speedway, Suite 1<br>PMB #229<br>Mukilteo, WA 98275 | Guardian has information related to security services provided during the repair of the property that is the subject of this litigation. |
| Tick-Tock Junk Removal | 12345 Lake City Way NE, #379<br>Seattle, WA 98125. | Tick-Tock has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Jeff Sweazea<br>Insite Builders | 10532 35th Avenue NE<br>Seattle, WA 98125 | Mr. Sweazea is a construction manager with Insite Builders and has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |

Page    4 – PLAINTIFF'S INITIAL DISCLOSURES

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

| | | |
|---|---|---|
| Everett Public Works | 3101 Cedar Street<br>Everett, WA 98201 | Everett Public Works has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Michael Smith<br>Amec Foster Wheeler Environment & Infrastructure, Inc. | 24376 Network Place<br>Chicago, IL 60673 | Mr. Smith is a project manager with Amec Foster Wheeler Environment & Infrastructure, Inc., and has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Snohomish County Public Utility District No. 1. | | Snohomish has information related to the cost of utilities stemming from the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Lynn Yevrovich, deceased | Formerly of Unit E101<br>2 West Casino Road<br>Everett, WA 98204 | Ms. Yevrovich is presumed to have had information related to the apartment unit of the area of fire origin, the habits of the tenants, the events of the day of the fire and other relevant information. |
| Mark Davis, deceased | Formerly of Unit E101<br>2 West Casino Road<br>Everett, WA 98204 | Mr. Davis is presumed to have had information related to the cause of the fire, the events of the day of the fire, and other relevant information. |
| Officer Ryan Hanks, Detective Michael Atwood, Fire investigator James McCall<br>Everett Police Department | 3002 Wetmore Avenue,<br>Everett, WA 98201 | These three gentlemen with the Everett Police Department have knowledge and information related to the fire at the Bluffs at Evergreen, as well as knowledge and information of their subsequent investigation into the cause of the fire, interviews with witnesses, and other relevant information. |

Page    5 – PLAINTIFF'S INITIAL DISCLOSURES

| | | |
|---|---|---|
| Eric Hicks<br>Everett Fire Department | 2930 Wetmore Avenue #7-a, Everett, WA 98201 | Mr. Hicks is the assistant fire marshal with the Everett fire department and has knowledge and information related to the fire at the Bluffs Apartments, as well as his subsequent investigation into the cause of the fire. |
| Andrew Paris<br>Jensen Hughes Company | 23109 55th Avenue W.<br>Mountlake Terrace, WA 98043 | Mr. Paris is a senior electrical engineer with Jensen Hughes Company and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Jeff Harris<br>Jensen Hughes Company | 23109 55th Avenue W<br>Mountlake Terrace, WA 98043 | Mr. Harris is an expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Ken Rice<br>Jensen Hughes Company | 23109 55th Avenue W.<br>Mountlake Terrace, WA 98043 | Mr. Rice is a senior fire investigator, formerly with Jensen Hughes Company, and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Paul Way<br>Jensen Hughes Company | 23109 55th Avenue W.<br>Mountlake Terrace, WA 98043 | Mr. Way is a director and technical manager with Jensen Hughes Company and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Sebastian Scheiff<br>Jensen Hughes Company | 23109 55th Avenue W.<br>Mountlake Terrace, WA 98043 | Mr. Scheiff is a senior electrical engineer, formerly with Jensen Hughes Company, and expert witness who has knowledge and information related to the investigation |

MACMILLAN, SCHOLZ & MARKS, P.C.<br>ATTORNEYS AT LAW<br>900 SW FIFTH AVENUE, SUITE 1800<br>PORTLAND, OREGON 97204<br>TELEPHONE (503) 224-2165

| | | |
|---|---|---|
| | | into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Daren Slee<br>Exponent | 5401 McConnell Avenue<br>Los Angeles, CA 90066 | Mr. Slee is a senior managing engineer with Exponent (formerly with Jensen Hughes) and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Quinn Horn<br>Exponent | 9 Strathmore Road<br>Natick, MA 01760 | Mr. Horn is a principal engineer with Exponent and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Steve Tarket<br>HP, Inc. | 3390 E. Harmony Road<br>Fort Collins, CO 80528 | Mr. Tarket is a program manager and expert witness with HP, Inc. who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| George Hogge<br>Engineering Forensics Experts | 3136 E. Leland Circle<br>Mesa, AZ 85213 | Mr. Hogge is a principal forensic electrical engineer with Engineering Forensics Experts and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Samuel Sudler<br>Scientific Expert Analysis | 1110 Benfield Blvd., Ste B<br>Millersville, Maryland, 21108 | Mr. Sudler is an electrical engineer with Scientific Expert Analysis and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |

Page    7 – PLAINTIFF'S INITIAL DISCLOSURES

| Don Galler<br>Electrical Engineering Solutions | Bedford, MA | Mr. Galler is an electrical engineer with Electrical Engineering Solutions and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Jeff Colwell<br>Colwell Consulting | 8777 N. Gainey Center Drive<br>Suite 178<br>Scottsdale, AZ 85258 | Mr. Colwell is a principal engineer with Colwell Consulting and expert witness who has knowledge and information related to the investigation into the cause of the fire, as well as expert opinion as to the cause of the fire. |
| Sherri Benchert<br>Home Shopping Network | 1 HSN Drive<br>St. Petersburg, FL 33729 | Ms. Benchert is a senior legal administrator with the Home Shopping Network and has information and knowledge related to Mark Davis' purchase of the HP laptop computer that is alleged to be the cause of the fire in this litigation. |
| Simplo Technology Co., LTD. | No. 471 Section 2, Bade Rd.<br>Hukou Township<br>Hsinchu County<br>Taiwan 303 | Simplo is alleged to have information related to the design, manufacture, function, etc. of components of the subject HP laptop computer. |
| Samsung Electronics/SDI (and its conglomerates) | 40th Floor<br>Samsung Electronics Bldg. 11<br>Seocho-daero 74-gil<br>Seocho District<br>Seoul, South Korea | |

## 2. List of Documents and Things

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Philadelphia hereby discloses the following documents and things in its possession, custody or control that it may use to support its allegations and claims. Philadelphia reserves the right to amend or supplement these disclosures as provided under Fed. R. Civ. P. 26(e).

MacMILLAN, SCHOLZ & MARKS, P.C.<br>ATTORNEYS AT LAW<br>900 SW FIFTH AVENUE, SUITE 1800<br>PORTLAND, OREGON  97204<br>TELEPHONE (503) 224-2165

| Category | Location |
|---|---|
| Jensen Hughes Company expert report (and cited materials) | In Plaintiff's and experts' possession and stored electronically |
| Plaintiff's damage documentation | In Plaintiff's possession and stored electronically |
| Lithium ion battery literature | In Plaintiff's and experts' possession and stored electronically |
| Everett fire department report | In Plaintiff's possession and stored electronically |
| Everett police department videos | In Plaintiff's possession and stored electronically |
| Inspection sign-in sheets | In Plaintiff's and experts' possession and stored electronically |
| Laboratory examination protocols | In Plaintiff's and experts' possession and stored electronically |
| Jensen Hughes exhibit list | In Plaintiff's and experts' possession and stored electronically |
| Home Shopping Network file | In Plaintiff's possession and stored electronically |
| Engle Martin & Associates file (only unprivileged documents) | In Plaintiff's and expert's possession and stored electronically |
| Philadelphia Ins. Co. file (only unprivileged documents) | In Plaintiff's possession and stored electronically |
| HP recall notices | In Plaintiff's and experts' possession and stored electronically |
| All tangible evidence and artifacts retained by Jensen Hughes or others | In experts' possession and stored at a secured location. |
| News articles related to the fire at Bluffs at Evergreen | In Plaintiff's possession and stored electronically. |

### 3. Plaintiffs/Claimants: Damages Calculation

Plaintiff Philadelphia Insurance Company suffered damages in the amount of

$5,693,723.39 when it paid for property damage and business income loss to its insured, DH&G,

Page   9 – PLAINTIFF'S INITIAL DISCLOSURES

LLC, stemming from a fire that occurred at DH&G, LLC's property on December 31, 2015. Philadelphia Insurance Company paid the damages sustained by its insured pursuant to a policy of insurance, policy number PHPK1292044, with effective dates of February 22, 2015 through February 11, 2016.  Damages were calculated utilizing information and documents gained from DH&G, LLC, Engle Martin and Associates, JS Held and other professionals as outlined in the damage documentation.  The $5,693,723.9 in damage is broken down as follows:

**Building damages:**

- $1,302,724.33 demolition and abatement
- $20,015.00 architectural and engineering
- $4,984.12 industrial hygiene
- $3,289,129.00 building rebuild contract
- $189,671.96 rebuild change orders
- $32,702.95 insured's direct costs
- $36,816.06 additional water damage
- $40,671.00 final grounds, paved surfaces and signage

Building damages total = $4,916,714.42

**Building ordinance and law/code coverage:**

- $273,620.01 ordinance and law/code damages

Ordinance and law/code damages total = $273,620.01

**Business Income/Extra Expense damages:**

- $477,307.00 net rents loss through April
- $26,081.96 net rents loss for May and June

Business Income and Extra Expense loss totals = $503,388.96

Damage documentation and supports have previously been disclosed and provided to Defendant HP, and include a statement of loss, photographs, demolition and abatement documents, miscellaneous direct costs and water damage documents, surface and signage documents, business income and rents documents and copies of payment checks.

/ / /

/ / /

Page   10 – PLAINTIFF'S INITIAL DISCLOSURES

1

**4. Reservation of Rights**

2

Philadelphia reserves the right to amend or supplement these disclosure as provided by

3 Fed. R. Civ. P. 26(e) and to object to the admissibility of any document or statement herein or in

4 HP's initial disclosures on all bases set forth in the Federal Rules of Civil Procedure, Federal

5 Rules of Evidence, and governing law.

6 DATED: March 25, 2019.                    MacMILLAN, SCHOLZ, & MARKS, P.C.

7

8                                          By:   */s/ John R. MacMillan*
                                                 JOHN R. MacMILLAN, WSBA #27912
9                                                Of Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page   11 – PLAINTIFF'S INITIAL DISCLOSURES

1

## <u>CERTIFICATE OF SERVICE</u>

2       I, John R. MacMillan, certify under penalty of perjury under the laws of the United States

3  that, on March 22, 2019, I caused the foregoing document to be served by the method(s) indi-

4  cated below on the parties listed below:

5           Geoff Grindeland             ☐  Via Hand Delivery
           Nikki Carsley                ☐  Via US Mail, Postage Prepaid, First Class

6           Lisa Kopecky                ☐  Via Facsimile
           Seamark Law Group       ☒  geoff@seamarklaw.com

7           400 Winslow Way E, Ste 230      nikki@seamarklaw.com
           Bainbridge Island, WA 98110     lisa@seamarklaw.com

8           *Of Attorneys for Defendant*

9  DATED:  March 25, 2019.

10                                   */s/ John R. MacMillan*
                                    John R. MacMillan, WSBA #27912

11                                    Of Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MacMillan, Scholz & Marks, P.C.**
**ATTORNEYS AT LAW**
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

**EXHIBIT 2**

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

PHILADELPHIA INDEMNITY INSUR-
ANCE COMPANY, a Pennsylvania corpora-
tion, as subrogee of DH&G, LLC,

                Plaintiff,

    v.

HEWLETT-PACKARD COMPANY,

                Defendant.

) 
) 
) 
) Case No.: 2:19-cv-00138-RSM
) 
) PLAINTIFF'S RESPONSES TO DEFEN-
) DANT'S INTERROGATORIES AND RE-
) QUESTS FOR PRODUCTION
) 
) 
) 

SUBJECT TO Each and every general objection and each and every specific objection stated herein, plaintiff Philadelphia Indemnity Insurance Company, as subrogee of DH&G, LLC ("Philadelphia Indemnity") hereby responds to defendant's Interrogatories and Requests for Production as set forth below. The written answers and responses shall not be construed as a waiver of any of the general or specific objections raised herein.

## OBJECTIONS TO DEFINITIONS AND PROCEDURES

1. <u>Overbroad as to Scope</u>. Philadelphia Indemnity has no duty to engage in cumulative or duplicative discovery or, pursuant to Fed. R. Civ. Proc. 33, to provide information that can easily be ascertained from documents produced or that are available from third-party sources and/or that defendant can obtain as readily as Philadelphia Indemnity.

/ / /

MacMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

1    **ANSWER:** Plaintiff will disclose expert information consistent with the case schedule

2    set forth in the Joint Status Report and Discovery Plan entered in this matter on March 19, 2019.

3

4    ***INTERROGATORY NO. 8:*** *Please identify any person who was a witness to or has*

5    *knowledge of the Incident, your liability contentions, or your damages, or who otherwise has*

6    *knowledge relevant to the issues in this case. For each such witness, describe his or her relevant*

7    *knowledge and identify any documents concerning, involving, or in any way related to the wit-*

8    *ness's potential testimony.*

9    **ANSWER:**

| Name | Contact Information | Nature of Witness' Knowledge |
|---|---|---|
| Russell Hirsch, DH&G, LLC | 10532 35th Avenue NE Seattle, WA. 98105 | Mr. Hirsch has knowledge of the property that suffered fire damage (better known as the Bluffs at Evergreen, 2 West Casino Road, Everett, WA 98204), the subsequent insurance claim with Philadelphia Ins., and other relevant information. |
| Kimberly Bucy Coast Property Management | 2829 Rucker Avenue Everett, WA 98201 | Ms. Bucy is a property manager with Coast Property Management and has knowledge relating to Bluffs at Evergreen, the subsequent insurance claim with Philadelphia Ins., and other relevant information. |
| John Gartling Philadelphia Insurance Co. | 640 Plaza Drive, Suite 200 Highlands Ranch, CO 81029 | Mr. Gartling is a senior property claims specialist with Philadelphia Insurance Co. and has knowledge of the insurance claim made by DH&G for the fire that is the subject of this litigation. |
| John Smith Philadelphia Insurance Co. | PO Box 950 Bala Cynwyd, PA 19004 | Mr. Smith is a senior subrogation examiner with Philadelphia |

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1900
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

| | | |
|---|---|---|
| | | Insurance Co. and has knowledge of the insurance claim made by DH&G, LLC. for the fire that is the subject of this litigation. |
| Steve DeKoekkoek<br>Engle Martin & Associates | 4100 194th Street SW, Ste 120<br>Lynnwood, WA 98036 | Mr. DeKoekkoek is an executive general adjuster with Engle Martin & Associates and has knowledge of the insurance claim made by DH&G, LLC., the adjustment of the insurance claim, and other relevant information. |
| JS Held Construction Consulting | 50 Jericho Quadrangle<br>Suite 117<br>Jericho, NY 11753 | JS Held has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Belfor USA Group, Inc./<br>Belfor Property Restoration | 4320 South 131st Place<br>Suite 100<br>Seattle, WA 98168 | Belfor has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Seth Tolbert<br>Wrecking Ball Demolition | 3310 Chestnut St.<br>Everett, WA 98201 | Mr. Tolbert is a project manager for Wrecking Ball and has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Mike Lawrence<br>Thermatech Northwest, Inc. | 10312 Sales Road South<br>Lakewood, WA 98499 | Mr. Lawrence is a project manager for Thermatech and has information related to the repairs and repair costs for the damages sustained by DH&G, LLC as a result of the fire that is the subject of this litigation. |
| Mark Marcell<br>Construction Group Int'l | 19407 144th NE, Building D,<br>Woodinville, WA 98072 | CGI and Mr. Marcell have information related to the repairs and repair costs for the damages sustained by DH&G, LLC |

MACMILLAN, SCHOLZ & MARKS, P.C.<br>ATTORNEYS AT LAW<br>900 SW FIFTH AVENUE, SUITE 1800<br>PORTLAND, OREGON 97204<br>TELEPHONE (503) 224-2165

1

2      ***REQUEST FOR PRODUCTION NO. 37:*** *Please produce the complete underwriting*

3 *file in connection with the Property, including all insurance applications, inspection reports, as-*

4 *sessments of risk, correspondence, and appraisals.*

5      **RESPONSE:** Plaintiff will provide responsive documents.

6

7      ***REQUEST FOR PRODUCTION NO. 38:*** *Please produce all documents you intend to*

8 *file or submit into evidence at any hearing or trial in this matter.*

9      **RESPONSE:**

10      Objection. This request is unduly broad and burdensome and not reasonably calculated to

11 lead to discovery of admissible evidence. In addition, investigation and discovery are incomplete

12 in this matter. Plaintiff will supplement its responses to Defendant's requests upon discovery of

13 additional responsive documents or materials.

14

15 DATED: _Sept. 6_____, 2019.      MacMILLAN, SCHOLZ, & MARKS, P.C.

16                                          By: _____

17                                               John R. MacMillan, WSB #27912
                                                 MacMillan Scholz & Marks
18                                               900 SW Fifth Ave., #1800
                                                 Portland, OR 97204
19                                               T: (503) 224-2165
                                                 F: (503) 224-0348
20                                               E: jmacmillan@msmlegal.com
                                                 *Of Attorneys for Plaintiff*
21

22

23

24

25

Page   31 – PLAINTIFF'S RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS

1

**ATTORNEY CERTIFICATION**

2        I hereby certify that, to the best of my knowledge, information, and belief formed after a

3   reasonable inquiry, these discovery responses, including any objections, comply with FRCP 26

4   and applicable law.

5        DATED: _September 6, 2019_

6

7        By: _____

8            John R. MacMillan, WSBA #27912
            MacMillan, Scholz & Marks, PC
9            Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page

32 – PLAINTIFF'S RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS

1

**VERIFICATION BY PLAINTIFF**

2      On behalf of Philadelphia Indemnity Insurance Company, I declare under penalty of per-

3  jury under the laws of Washington and the United States that these discovery responses are com-

4  plete and correct.

5      DATED:_____ at _____

                        (date)                              (city, state)

6

7                                          _____

8                                          Signature

9                                          _____

                                           Name

10                                         _____

11                                         Title

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page   33 – PLAINTIFF'S RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS

1

## CERTIFICATE OF SERVICE

2    I, John R. MacMillan, certify under penalty of perjury under the laws of the United States

3    that, on the date set forth below, I caused the foregoing document to be served by the method(s)

4    indicated below on the parties listed below:

5    Kenneth M. Roessler                    ☐ Via Hand Delivery
     Mix Sanders Thompson, PLLC             ☒ Via US Mail, Postage Prepaid, First Class
6    1420 Fifth Avenue, Suite 2200          ☐ Via Facsimile
     Seattle, WA 98101                      ☐ Via E-Mail:
7    *Of Attorneys for Defendant*               ken@mixsanders.com
                                                cbetke@coughlinbetke.com
8                                               zane@mixsanders.com

9    DATED:  September 6, 2019.

10

     John R. MacMillan, WSBA #27912
11   Of Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  1 – CERTIFICATE OF SERVICE