UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | CASE NO. 2:19-cv-00138-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court ALLOWS the (1) attorneys and their staff and (2) jurors in this case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, October 16, 2023, at 9:00 a.m. in Courtroom 14B and is expected to run through Monday, October 23, 2023.

Dated this 11th day of October 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1