UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                    Plaintiff,

        v.

HEWLETT-PACKARD COMPANY,

                    Defendant.

CASE NO. 2:19-cv-00138-TL

ORDER RE: JUROR MEALS

The Court hereby directs the Clerk of Court to pay for meals to be provided to the jury when in deliberations in the above-entitled action.

Dated this 19th day of October 2023.

Tana Lin
United States District Judge