## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:19-cv-00138-TL |

☒   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  The Court having granted summary judgment in favor of Defendant with respect to Plaintiff's negligence claim (see Dkt. No. 59), and the jury having rendered a verdict in favor of Defendant with respect to Plaintiff's strict product liability claim (see Dkt. No. 115), judgment is hereby ENTERED in favor of Defendant.

  Dated October 20, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Kadya Peter
                Deputy Clerk